Certificate Number: 17572-IAS-CC-032989476



17572-IAS-CC-032989476

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 18, 2019, at 6:56 o'clock PM PDT, Susan M Thole received from Dollar Learning Foundation, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Iowa, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 18, 2019                By:   /s/Maria Heredia

                                    Name: Maria Heredia

                                    Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).