United States Bankruptcy Court
Southern District of Iowa

In re:  
Susan M. Thole  
    Debtor

Case No. 19-01704-als  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0863-4      User: auto      Page 1 of 1      Date Rcvd: Jul 19, 2019  
                       Form ID: 5309A      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
```
db            +Susan M. Thole,    210 E. Franklin Street #201,    Eldridge, IA 52748-1325
802401027     +Crown Asset Management LLC,    c/o Gurstel Law Firm PC,    6681 Country Club Drive,
                Minneapolis, MN 55427-4601
802401029      Nissan-Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
802401032     +US Bank,    CRA Management,    PO Box 3447,    Oshkosh, WI 54903-3447
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: hjdane@hjdane.com Jul 19 2019 23:50:49      H J Dane,    KSTT Place,
                1111 E River Dr,    Davenport, IA  52803
tr             EDI: QWBHUISINGA.COM Jul 20 2019 03:53:00      Wesley B Huisinga,    115 3rd St SE, Ste 500,
                PO Box 2107,    Cedar Rapids, IA  52406-2107
ust           +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Jul 19 2019 23:50:59      United States Trustee,
                Federal Bldg, Room 793,    210 Walnut Street,    Des Moines, IA 50309-2115
802401026     +E-mail/Text: speterson@collinscu.org Jul 19 2019 23:51:00      Collins Community Credit Union,
                1150 42nd St. NE,    Cedar Rapids, IA 52402-5794
802401028      E-mail/Text: akooker@iowabankers.com Jul 19 2019 23:51:14      Iowa BK Mortgage Corp,
                PO Box 6220,    Johnston, IA 50131-6220
802401030      EDI: PRA.COM Jul 20 2019 03:53:00      Portfolio Recovery,    120 Corporate Blvd., Suite 100,
                Norfolk, VA 23502
802401031      EDI: RMSC.COM Jul 20 2019 03:53:00      Synchrony Bank/Gap,    PO Box 965005,
                Orlando, FL 32896-5005
                                                                                               TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
```
              H J Dane   on behalf of Debtor Susan M. Thole hjdane@hjdane.com,
               alizabeth@hjdane.com;elizabeth@hjdane.com;danehr85492@notify.bestcase.com
              United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
              Wesley B Huisinga    wbh@shuttleworthlaw.com, whuisinga@ecf.axosfs.com;cam@shuttleworthlaw.com,
               brandy@shuttleworthlaw.com
                                                                                               TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Susan M. Thole<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–5668 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Iowa | Date case filed for chapter: | 7   7/19/19 |
| Case number: | 19–01704–als7 | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Susan M. Thole | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 210 E. Franklin Street #201<br>Eldridge, IA 52748 | |
| 4. | **Debtor's attorney**<br>Name and address | H J Dane<br>KSTT Place<br>1111 E River Dr<br>Davenport, IA 52803 | Contact phone (563) 326–0006<br>Email: hjdane@hjdane.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Wesley B Huisinga<br>115 3rd St SE, Ste 500<br>PO Box 2107<br>Cedar Rapids, IA 52406–2107 | Contact phone (319) 365–9461<br>Email: wbh@shuttleworthlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Court Ave.<br>Suite 300<br>Des Moines, IA 50309 | Office Hours: 08:00 AM – 05:00 PM Monday – Friday<br><br>Contact phone (515) 284–6230<br><br>Date: 7/19/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 27, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**United States Courthouse, 131 E. 4th Street, Davenport, IA 52801** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/26/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** If applicable, 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Cellular phones** | Only attorneys and their employees may carry cell phones and other portable communication devices into hearing locations. | |