Certificate Number: 17572-IAS-DE-033244388

Bankruptcy Case Number: 19-01704



17572-IAS-DE-033244388

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 12, 2019</u>, at <u>7:54</u> o'clock <u>PM PDT</u>, <u>Susan M Thole</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Iowa</u>.

Date:   <u>August 12, 2019</u>                          By:   <u>/s/Benjamin E Wunsch</u>

                                                                          Name:   <u>Benjamin E Wunsch</u>

                                                                          Title:   <u>Counselor</u>