UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | CASE NO.  19-01704 |
| SUSAN M. THOLE, | ) | |
| | ) | APPLICATION FOR APPROVAL OF |
| Debtor. | ) | EMPLOYMENT OF A PROFESSIONAL |
| | ) | (ERIC LAM) |

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of a professional is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows:

**To investigate and prosecute objections to Debtor's claims of exemptions and any other matters requiring legal services for the administration of this case.**

The Trustee proposes to employ the following professional:

Eric Lam
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
(319)896-4018
elam@simmonsperrine.com

3. Eric Lam and Simmons Perrine Moyer Bergman PLC are qualified by reason of practice and experience to render such representation or assistance to the estate as outlined above.

4. The compensation will be as follows: **$390 per hour for legal services rendered plus reimbursement for actual and necessary out-of-pocket costs related to said legal service.**

5. The applicant has disclosed to the undersigned the they have the following connections with the debtor(s), creditors, the United States Trustee for Region 12 or any employee of the United States trustee, or any other parties-in-interest: **None except in other unrelated matters Applicant or his law firm has been adverse to or represented Synchrony Bank and Collins Community Credit Union, both of which are creditors of this estate and are not the targets of Applicant's pursuit. Similarly, Applicant or his law firm has been adverse to or represented Northwestern Mutual in other unrelated matters, and Northwestern Mutual is the custodian of the pension/annuity held by the Debtor, and the pension/annuity is the target of Applicant's pursuit. But Applicant's target is the Debtor, not Northwestern Mutual, which is merely the custodian. Applicant therefore reasonably**

believes it is not disqualified. Only those members of the law firm who have signed the attached 2014(a) Verification will be assigned to work on this matter.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee pursuant to the terms and conditions set forth in this motion.

NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address listed below; the United States Trustee at 210 Walnut Street, Room 793, Des Moines, Iowa 50309-2108; the debtor(s); and debtor(s) counsel. Any objection must be filed with the Clerk of Bankruptcy Court at P.O. Box 9264, Des Moines, Iowa 50306-9264 within 20 days of the date of this notice and report.

/s/ Wesley B. Huisinga
Wesley B. Huisinga   ID No. IS9999360
CHAPTER 7 TRUSTEE
500 Firstar Bank Building
115 Third Street SE
P O B ox 2107
Cedar Rapids, IA  52406-2107
wbh@shuttleworthlaw.com

FEDERAL RULES OF BANKRUPTCY PROCEDURE, RULE 2014(a) VERIFICATION

I, Eric Lam, the undersigned attorney with Simmons Perrine Moyer Bergman PLC, the professional named in the forgoing Application for Approval of Employment of Professional on Behalf of the Estate, declare under penalty of perjury that the information regarding our firm as set forth in the Application is true and correct.

/s/ Eric Lam
Eric Lam

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SUSAN M. THOLE | ) | Case No. 19-01704-ALS7 |
| | ) | |
| Debtor | ) | CERTIFICATE OF SERVICE |
| | ) | |

The undersigned hereby certifies that a copy of the Application for Approval of Employment of a Professional (Eric Lam), was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on September 16, 2019.

/s/ Brandy Wood
Brandy Wood
Assistant to Wesley B. Huisinga,
Chapter 7 Bankruptcy Trustee